UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEMUEL D. BROWN

    Plaintiff,

v.

CITY OF DETROIT, et al.

    Defendants.
_____/

Case No. 05-60162
Hon. John Corbett O'Meara

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT

Plaintiff filed this pro se lawsuit in Wayne County Circuit Court against the City of Detroit, the County of Wayne, and various employees of those entities. The complaint alleged violations of both state and federal law. Defendants subsequently removed the case to this court. On August 2, 2005, Plaintiff filed a motion to amend the complaint, to allow Plaintiff to drop all the state claims and focus on violations of federal law. Defendants did not file a response.

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff is granted leave to file an amended complaint which focuses solely on claims arising under federal law. Plaintiff shall do so within 30 days of service of this order. If Plaintiff's amended complaint contains claims arising under state law, the court is inclined to remand those claims to state court.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's August 2, 2005 Motion to Amend the Complaint is **GRANTED**.

                                              s/John Corbett O'Meara
                                              John Corbett O'Meara
                                              United States District Judge

Dated: September 28, 2005