UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEMUEL DEAN BROWN and
AMY L. BROWN,

         CIVIL ACTION NO. 05-60162
    Plaintiffs,        District Judge John Corbett O'Meara
v.         Magistrate Judge Virginia M. Morgan

CITY OF DETROIT, *et al.*,

    Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiffs have filed a motion for reconsideration of this court's October 24, 2005 order granting in part and denying in part their motion to compel discovery. Local Rule 7.1(g)(3) provides that in order to prevail on a motion for reconsideration, "[t]he movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case." Plaintiffs have failed to make any such showing. Accordingly, **IT IS ORDERED** that plaintiffs' motion for consideration is **DENIED**.

        s/Virginia M. Morgan
        VIRGINIA M. MORGAN
        UNITED STATES MAGISTRATE JUDGE

Dated:   January 6, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEMUEL DEAN BROWN and
AMY L. BROWN,

                                         CIVIL ACTION NO. 05-60162
         Plaintiffs,             District Judge John Corbett O'Meara
v.                                     Magistrate Judge Virginia M. Morgan

CITY OF DETROIT, *et al.*,

         Defendants.
_____/

PROOF OF SERVICE

The undersigned certifies that the foregoing order was served upon Lemuel Brown and counsel of record via the Court's ECF System and/or U. S. Mail on January 5, 2006.

                                            s/Jennifer Hernandez
                                            Case Manager to
                                            Magistrate Judge Virginia M. Morgan