UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEMUEL DEAN BROWN, | Civil Action No. 05-60162 |
| Plaintiff, | District Judge John Corbett O'Meara |
| vs. | Magistrate Judge Virginia M. Morgan |
| CITY OF DETROIT, | |
| Defendant. | |
| _____/ | |

## ORDER DENYING PLAINTIFF'S MOTION
## TO COMPEL THE ENFORCEMENT OF COURT ORDER

Before the court is Plaintiff's Motion to Compel the Enforcement of Court Order for Productions of Documents (D/E 22). A review of the court record reveals no proof of service of the amended complaint. Therefore, Plaintiff's motion to compel is DENIED.

SO ORDERED.

Dated: April 3, 2006

                                                  s/Virginia M. Morgan
                                                Virginia M. Morgan
                                                United States Magistrate Judge

---

## PROOF OF SERVICE

The undersigned certifies that the foregoing Order was served upon Lemuel D. Brown and counsel of record via the Court's ECF System and/or U. S. Mail at the address disclosed on the notice of electronic filing on April 3, 2006
.

                                                  s/Jennifer Hernandez
                                                Case Manager to
                                                Magistrate Judge Virginia M. Morgan