UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEMUEL BROWN,

    Plaintiff,

                                      Case No. 05-60162

v.

                                      Hon. John Corbett O'Meara

CITY OF DETROIT, *et al.*,         Hon. Virginia M. Morgan

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

        Before the court is Magistrate Judge Virginia M. Morgan's September 11, 2006 report and recommendation.  Magistrate Morgan recommends that the court grant the City of Detroit's motion to dismiss and dismiss Plaintiff's complaint in its entirety.  No objections were filed to the report and recommendation.  Having reviewed the papers filed by the parties, the court hereby adopts the report and recommendation.

        IT IS HEREBY ORDERED that Magistrate Judge Morgan's September 11, 2006 report and recommendation is ADOPTED.  Plaintiff's complaint is DISMISSED WITH PREJUDICE.

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Dated:  October 30, 2006

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, October 30, 2006, by electronic and/or ordinary mail.

s/William Barkholz  
Case Manager
